UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

---

April D. Lange, Darrin L. Lange,                Civil No. 10-3608 (RHK/XXX)

                    Plaintiff,                  **ORDER**

vs.

Scott Lowery Law Office, P.C., a/k/a
P. Scott Lowery, P.C., Jerry Williams,

                    Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 20, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge