## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| April D. Lange, Darrin L. Lange, | Civil No. 10-3608 (RHK/LIB) |
| Plaintiffs, | |
| v. | **Order of Dismissal Without Prejudice** |
| Scott Lowery Law Office, P.C., a/k/a P. Scott Lowery, P.C., and Jerry Williams, | |
| Defendants. | |

The Court having been advised that Plaintiffs have noticed a dismissal without prejudice (Doc. No. 10) as to Defendant Jerry Williams, **IT IS ORDERED** that the above-entitled action against Defendant Jerry Williams is **DISMISSED WITHOUT PREJUDICE**, without costs, disbursements, or attorney fees to any party.

Date: January 4, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge