**United States District Court**
**District of Minnesota**

---

| | |
|---|---|
| April D. and Darrin L. Lange, | Civil No. 10-3608 (RHK/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Scott Lowery Law Office, P.C., a/k/a P. Scott Lowery, P.C. | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 17), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 19, 2011

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge